Howard Rutten (SBN 164820)
howard@ruttenlawfirm.com
Guillermo Navarro (SBN 332931)
guillermo@ruttenlawfirm.com
**The Rutten Law Firm, APC**
21860 Burbank Blvd., Suite 340
Woodland Hills, CA 91367
Telephone: (818) 308-6915

Attorneys for Plaintiff
APRIL VILLALOBOS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL VILLALOBOS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>STAR MSO, INC., a California corporation,<br><br>    Defendant. | CASE NO.  22-cv-00664-AWI-BAK (EPG)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Plaintiff APRIL VILLALOBOS and Defendant STAR MSO, INC. hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismiss this entire

///

///

///

1
STIPULATION FOR DISMISSAL WITH PREJUDICE

action with prejudice, with each party to bear its own attorneys' fees and costs.

DATED: January 18, 2023        **The Rutten Law Firm, APC**

By: _____
Howard Rutten
Attorneys for Plaintiff
APRIL VILLALOBOS

DATED: 1-18, 2023              **BLEAU FOX, A.P.L.C**

By: _____
Martin Fox
Attorneys for Defendant
STAR MSO, INC.

2
STIPULATION FOR DISMISSAL WITH PREJUDICE